CHARLES A. JONES ESQ. {SBN 224915}
KELLY MCINERNEY ESQ. {SBN 200017}
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone: (775) 853-6440
Facsimile: (775) 853-6445
caj@cjoneslawfirm.com
kelly@cjoneslawfirm.com
Attorneys for Plaintiff, MATTHEW C. RIGHETTI

JOSHUA BRIONES (SBN 267481)
ANA TAGVORYAN (SBN 246536)
DLA PIPER LLP (US)
555 Mission Street, suite 2400
San Francisco, CA 94105
Tel:   415-836-2500
Fax:   415-836-2501
Attorneys for Defendants WINDSTREAM HOLDINGS, Inc. and
WINDSTREAM COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW RIGHETTI, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSTREAM HOLDINGS, INC., and WINDSTREAM COMMUNICATIONS, INC.<br><br>Defendants. | Case No.: CV-13-04597 SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING COMPLAINT |

1

STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT

Plaintiff, MATTHEW RIGHETTI, ("Plaintiff") and Defendants Windstream Holdings, Inc. and Windstream Communications, Inc. ("Defendants"), stipulate and agree as follows:

WHEREAS:

A. This Complaint in this action alleging violations of the Telephone Consumer Protection Act, 47 USC §227, was originally filed on October 4, 2013;

B. Defendants timely field an Answer to the Complaint on December 13, 2013;

C. Defendants have provided Plaintiff with documents and other information concerning the telephone number that was used to call Plaintiff that gave rise to the allegation that Defendants violated 47 USC § 227;

D. Based on the documents and information provided by Defendants, the parties stipulate and agree to dismiss this case without prejudice as to both Defendants, each party to bear their own fees and costs.

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel, stipulate and agree as follows:

The Complaint be dismissed without prejudice as to both Defendants, each party to bear their own fees and costs.

IT IS SO STIPLULATED.


Dated: January 6, 2013

Respectfully submitted,

**JONES LAW FIRM**

/s/ **Charles A. Jones**
Charles A. Jones, Esq.
Attorneys for Plaintiff

Dated: January 6, 2013

Respectfully submitted,

**DLA PIPER**

<u>/s/ Joshua Briones</u>
JOSHUA BRIONES
Attorneys for Defendants
Windstream Holdings, Inc. and
Windstream Communications, Inc.

### [~~PROPOSED~~] ORDER

Having reviewed the foregoing Stipulation and good cause appearing therefore, it is hereby ORDERED that this case is dismissed without prejudice as to both Defendants, each party to bear their own fees and costs.

Dated:        January 13, 2014

_____
Judge Samuel Conti
United States District Court Judge

---

3

STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT